# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
December 8, 2023
Dinah Milton Kinney, Clerk
by _____ Deputy Clerk

Shaquan L. Armour
Name of Plaintiff/Petitioner

v.  Case No. _____

Governor Ned Lamont
Name of Defendant/Respondent

### MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Shaquan L. Armour

   Your present mailing address: 50 Nunnawauk Road Newtown, CT 06470

   Telephone number: ( ) N/A

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. D.O.C 50 Nunnawauk Road Newtown, CT 06470

   2 Weekly earnings: 20$

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

_____

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
a) salary, wages, commissions, or earned income of any kind? _____

b) interest, dividends, rents or investments of any kind? _____

c) gifts or inheritances of any kind? _____

6. How much money do you have in any checking or savings account(s)?

Checking: _____

Savings: _____

Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO ✓

If YES, describe the property and state the approximate value: _____

_____

_____

8. How much money do you owe others? ____0____

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                              AMOUNT OWED

Rev. 2/3/05                                    2

_____                              _____
_____                              _____
_____                              _____
_____                              _____
_____                              _____

9.  List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

    _____
    _____
    _____
    _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _Im in prison._ _____

    _____
    _____
    _____
    _____

Rev. 2/3/05                              3

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Equal protection, Liberty interest, cruel & unusual punishment_

(Additional space on next page)

## EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Pat Brown_

   Date you contacted this attorney _October 4, 2023_

   Method of contact (in person, by telephone, etc.) _Letter_

   Reason why attorney was not employed to handle your case _Never heard anything back._

   b) Attorney's name _Hope Metcalf_

   Date you contacted this attorney _October 10, 2023_

   Method of contact (in person, by telephone, etc.) _Letter_

Reason why attorney was not employed to handle your case  Said "unfortunately, as a small law clinic with limited capacity, we cannot help you challenge the constitutionality,"

c) Attorney's name  Peter G. Billings

Date you contacted this attorney  October 26, 2023

Method of contact (in person, by telephone, etc.)  Telephone

Reason why attorney was not employed to handle your case  Said, "He was to busy."

15. Explain any other efforts you have made to obtain an attorney to handle your case.

NO

16. Please provide any other information which supports your application for the court to appoint counsel.  I dont know to much about the law and the prison that I'm at do not have a legal Law library, so I can work on my case.

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO ✓

Rev. 2/3/05                                    5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

12/5/23
Date

_/s/ [signature]_
Original Signature of Movant

#379048

Shaquan L. Armour, 50 Nunnawauk Road, Newtown, CT 06470
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                              6

(List all defendants or counsel for defendants with address and date mailed.)

_____

_____

_____

_____

_____

_____

_____
Original Signature of Movant