UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/22/2016
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

STANDING ORDER ON
PRISONER ELECTRONIC FILING PROGRAM

The United States District Court for the District of Connecticut (the "Court") and the Connecticut Department of Correction (the "DOC") have agreed to conduct a Prisoner Electronic Filing Program (the "Program"). The Program is designed to reduce the costs of processing court filings made by prisoners in civil rights cases brought under 42 U.S.C. § 1983 and habeas corpus actions filed pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 2241. The Program will significantly reduce expenditures for paper, envelopes, copier supplies and postage for the correctional facilities and the inmates. In addition, it will significantly reduce the amount of staff time spent processing prisoner court filings, for both the DOC and the Court.

The Program applies to all cases brought by prisoners who are currently incarcerated at a DOC facility. All documents filed by prisoners must be filed electronically using the Program procedures.

In any case governed by the Program, prisoners shall file documents with the Clerk using the following procedures:

1. Correctional staff will date-stamp each prisoner filing upon receipt, prior to scanning, signifying that the document was scanned for filing with the Clerk at a specific date and time. Documents shall be deemed filed with the Clerk on the date scanned, as shown by the date stamp.

2. Correctional staff will scan to PDF each document presented by a prisoner for filing with the Clerk. Once a document has been scanned it will then be returned to the prisoner for their records.

3. Correctional staff will email the PDF documents to the Clerk as they are created. Clerk's Office staff will be available by telephone to answer any questions correctional staff may have as they email documents to the Clerk.

4. The Clerk will e-file prisoners' documents upon receipt. For prisoner filings the Notice of Electronic Filing ("NEF") generated by the Court's electronic case filing system will constitute service upon and notice to other parties who are registered in the Court's electronic case filing system. The Clerk will send a copy of prisoner e-filed documents by U.S. Mail to any non-registered parties on behalf of the prisoner; prisoners do not need to mail service copies to any other party.

5. If a prisoner has been granted leave to proceed in forma pauperis, the Clerk will produce the copies of the complaint necessary to accomplish service and will arrange for service of the complaint, following entry of an Initial Review Order by the presiding judge.

6. Each correctional facility will establish an email address at which correctional staff can receive the NEF that issues when a document has been filed electronically with the Clerk. Correctional staff will print all NEFs they receive and provide them to the appropriate prisoners as proof that the documents have been filed with the Court. Any Order that is issued by the

Court as a PDF document will be mailed to the prisoner by U.S. Mail.

7. Defendants will be allowed to e-file documents with the Clerk in prisoner cases governed by the Program, but must send a copy of any document they file to the prisoner by U.S. Mail. The NEF generated when the defendants e-file a document will serve as notice to the prisoner that the document was filed and should be received shortly by U.S. Mail.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 22nd day of June 2016.

/s/ Janet C. Hall
Janet C. Hall
Chief United States District Judge