**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shaquan L Armour | 3:23-cv-01606-MPS |// 
| DEFENDANT | TYPE OF PROCESS |
| Ned Lamont | Complaint and Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ned Lamont c/o Office of the Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Mackenzie Hall, 165 Capitol Avenue, Hartford, CT 06106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Shaquan L Armour #379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd, P.O. Box 5500
Newtown, CT 06470 1

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

IFP OFFICIAL CAPACITY

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 860-240-3495
DATE: 2/5/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk
Date: 02/09/24

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Nina N. Copeland - Admin. Assistant

Date: 02/14/2024   Time: 1340  [ ] am  [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
02/14/2024 @ 1340 First Endeavor Process Served 1 DUSM 1 mile

Form USM-285
Rev 03/21