UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAQUAN L. ARMOUR,<br>     Plaintiff, | : | CIVIL NO. 3:23-CV-01606 (MPS) |
| v. | : | |
| NED LAMONT,<br>     Defendant. | : | FEBRUARY 26, 2024 |

## **APPEARANCE**

Please enter my appearance as attorney to be noticed in the above-captioned case for defendant Ned Lamont in his official capacity only.

Dated at Hartford, Connecticut, this 26th day of February, 2024.

*Respectfully submitted*,

DEFENDANT,
NED LAMONT

WILLIAM TONG
ATTORNEY GENERAL

BY:     /s/ ***David C. Yale***
David C. Yale
Assistant Attorney General
165 Capitol Avenue
Hartford, CT  06106
Federal Bar #ct26912
E-Mail:  david.yale@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on February 26, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties noted below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also sent via U.S. Mail to:

Shaquan L. Armour #379048
Garner Correctional Institution
50 Nunnawaauk Road, PO Box 5500
Newtown, CT  06470

                                                      /s/ *David C. Yale*
                                                     David C. Yale
                                                     Assistant Attorney General