UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAQUAN L. ARMOUR | : | CIVIL NO. 3:23-CV-01606 (MPS) |
| V. | : | |
| GOVERNOR LAMONT | : | FEBRUARY 26, 2024 |

## **MOTION FOR RELIEF FROM STANDING ORDER**

The Defendant respectfully moves this Court for relief from the standing order in *pro se* inmate cases, (ECF No. 11). This case involves a challenge to the statutes that govern parole eligibility based on the age of the offender and the date of offense. At this point, the Court has issued an Initial Review Order that allows only a claim for denial of equal protection under the Fourteenth Amendment to proceed for injunctive relief. *See* (ECF No. 10).

The Plaintiff is not alleging he was treated differently because of facts particular to his case, he is challenging a statutory scheme that differentiates between offenders based on age and the date of offense. As such, the items delineated in the standing order are not applicable to this case.

There are unlikely to be witnesses as a constitutional challenge to a statute is typically resolved as a matter of law based on the written statute, and possibly legislative history. Copies of grievances would be inapplicable as the Plaintiff is challenging a statutory provision, not a condition of prison life. There are no incident reports or disciplinary reports applicable to this case, nor are there claims of physical injury.

There is no evidence subject to loss if not preserved, and furthermore the order is directed the preservation of evidence at DOC Facilities and of specific events, also inapplicable to this claim.

1

Therefore, as the standing order does not seem applicable to this case, the Defendant respectfully moves for relief from the standing order. *See* (ECF No. 11, p. 4) (noting that a defendant may seek relief from the standing order within ten days of appearing).

        DEFENDANT,
        GOVERNOR LAMONT

        WILLIAM TONG
        ATTORNEY GENERAL

BY:    /s/
        Edward D. Rowley (#ct30701)
        David C. Yale (#ct26912)
        Assistant Attorneys General
        165 Capital Avenue
        Hartford, CT 06106
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        E-Mail: Edward.Rowley@ct.gov
            David.Yale@ct.gov

## **CERTIFICATION**

I hereby certify that on the date first above, a copy of the foregoing was filed electronically. Notice of this filing was sent via U.S. Mail, First Class to the address below and will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Shaquan L. Armour #379048
Garner Correctional Institution
50 Nunnawauk Road
PO Box 5500
Newtown, CT 06470

        /s/
        Edward D. Rowley
        Assistant Attorney General