UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Shaquan L. Armour        : CIVIL NO. 3:23-CV-01606(MPS)

V.                       :

GOVERNOR LAMONT          : March 26, 2024

Motion For permission to reopen
Document Number 17 AND Document Number 20

The Plaintiff, A Pro Se inmate case, respectfully ask that this court reopen Document Number 17 And Document Number 20 and Put back in Place Plaintiff STANDING ORDER. Here are the Reason's as follow:

On 3/25/24, The Plaintiff received an automatic e-mail message generated by the CM/ECF system. Notice of Electronic filing. Document Number: 10, 11, 13, 16, 15, 14, 17, 18, 21, 19, 20. (See. Exhibit-A)

Because The Plaintiff only received the Notice of Electronic filing on 3/25/24 and it was No way for the Plaintiff to object to The MOTION for Relief from court's Standing order, From The Defendant And Response to The Responses due by 3/18/2024

SCANNED at
and Emailed
3/26/24  BY JA   17 pages
date    initials   No.

1 of 3

For These reasons alone the Plaintiff respectfully ask the court to Grant this motion.

The Defendant say's that the standing order are not applicable to this case. The Defendant say's; "There are unlikely to be witnesses". This is NOT true because I would be calling people to Testify to certain Document's Pursuant to The Evidences I found and Expert witnesses and lawmakers to Testify about different information that's in these different Document's.

For one it would be unfair to make a pro-se inmate fight and prove his case without a Standing order. I Need Discovery to prove That my Federal constitutional right has been Violated. The court let the Plaintiff Proceed on a Fourteenth Amendment Equal Protection clause claim for injunctive relief against Governor Lamont in his official Capacity.

To Prove a Equal Protection Clause claim, I would have to show similar situated individuals. without A standing order how am Im going to Prove that when I cant ask for anything or Discovery.

The Plaintiff's is in a prison that do not have NO law library and a lack of resources. The Plaintiff, Is a Pro-se prisoner and I need help and a lawyer.

At Garner C.I. facility to follow the district court's order in relations to the E-filing system (notice of electronic filing) which the garner C.I. facility Staff has refused to deliver the Plaintiff's notices (NEF) until the Plaintiff requests it on his own, which the Plaintiff will be unaware if any such notices exists.
Therefore, the plaintiff asks this district court to order the department of corrections garner C.I. Staff to follow the district court's notice system (NEF) in a timely Manner. And To reinstate the Plaintiff STANDing order.

Respectfully Submitted,

By: _____
Shaquan L. Armour
#379048
Garner correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

# Exhibit-A

received 3/25/24 CCT Arnold

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Monday, February 26, 2024 11:24 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Motion for Miscellaneous Relief |

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered by Rowley, Edward on 2/26/2024 at 11:24 AM EST and filed on 2/26/2024

**Case Name:**       Armour v. Lamont
**Case Number:**     3:23-cv-01606-MPS
**Filer:**           Ned Lamont
**Document Number:** 17

**Docket Text:**
**MOTION for Relief from Court's Standing Order re: Initial Disclosures re [11] Order by Ned Lamont.Responses due by 3/18/2024 (Rowley, Edward)**


**3:23-cv-01606-MPS Notice has been electronically mailed to:**

David C. Yale    David.Yale@ct.gov, dcyale@yahoo.com, Melissa.L.Miller@ct.gov

Edward David Rowley    edward.rowley@ct.gov, jenny.vidaurre@ct.gov, maryfrances.goldman@ct.gov

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Wednesday, March 20, 2024 12:00 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Order on Motion for Miscellaneous Relief |

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 3/20/2024 at 12:00 PM EDT and filed on 3/20/2024
**Case Name:** Armour v. Lamont
**Case Number:** 3:23-cv-01606-MPS
**Filer:**
**Document Number:** 20(No document attached)

**Docket Text:**
**ORDER GRANTING motion for relief from standing order regarding initial disclosures [17]. As this case is proceeding on Plaintiff's challenge to a statutory scheme on equal protection grounds, the initial disclosures delineated in the standing order are not applicable to this case.**

**Signed by Judge Michael P. Shea on 3/20/24. (Constantine, A.)**


**3:23-cv-01606-MPS Notice has been electronically mailed to:**

David C. Yale    David.Yale@ct.gov, Melissa.L.Miller@ct.gov, dcyale@yahoo.com

Edward David Rowley    edward.rowley@ct.gov, jenny.vidaurre@ct.gov, maryfrances.goldman@ct.gov

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Friday, February 2, 2024 4:24 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Initial Review Order - Prisoner |

A-113

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

### U.S. District Court

### District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2024 at 4:23 PM EST and filed on 2/2/2024
**Case Name:**     Armour v. Lamont
**Case Number:**   3:23-cv-01606-MPS
**Filer:**
**Document Number:** 10

**Docket Text:**
**INITIAL REVIEW ORDER: As set forth in the attached order,**

**(1) Plaintiff may proceed on a Fourteenth Amendment Equal Protection Clause claim for injunctive relief against Governor Lamont in his official capacity.**

**Plaintiff's Fourteenth Amendment Due Process Clause and Eighth Amendment claims are DISMISSED as not plausible. Plaintiff's official capacity claims for monetary damages and a declaratory judgment are DISMISSED without prejudice.**

**(2) The Clerk shall prepare a summons form and send an official capacity service packet to the U.S. Marshal Service. The U.S. Marshal Service is directed to effect service of the complaint and this Order on Governor Lamont in his official capacity at the Office of the Attorney General, Mackenzie Hall, 165 Capitol Avenue, Hartford, CT 06106, within twenty-one (21) days from the date of this order and to file a return of service within thirty (30) days from the date of this order.**

**(3) The clerk shall send a courtesy copy of the complaint and this Order to the DOC Office of Legal Affairs and to the Office of the Attorney General.**

**(4) The Defendant shall file a response to the complaint, either an answer or motion to dismiss, within sixty (60) days from the date the notice of lawsuit and waiver of service of**

summons forms are mailed to them. If the Defendant chooses to file an answer, Defendant shall admit or deny the allegations and respond to the cognizable claims recited above. The Defendant may also include any and all additional defenses permitted by the Federal Rules.

(5) Discovery, according to Federal Rules of Civil Procedure 26-37, shall be completed by July 31, 2024. Discovery requests need not be filed with the Court.

(6) The parties must comply with the District of Connecticut Standing Order Re: Initial Discovery Disclosures, which will be sent to both parties by the Court. The Order can also be found at http://ctd.uscourts.gov/administrative-standing-orders.

(7) All motions for summary judgment shall be filed by August 30, 2024.

(8) According to Local Civil Rule 7(a), a nonmoving party must respond to a dispositive motion within twenty-one (21) days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

Signed by Judge Michael P Shea on 2/2/2024. (Constantine, A.)


**3:23-cv-01606-MPS Notice has been electronically mailed to:**

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd
P.O. Box 5500
Newtown, CT 06470

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=2/2/2024] [FileNumber=7755944-0]
[1991cecaff42ab40a87839b19ee700953ec569f8e5a3219ec8a6984c93ab36231dda
890e7359fe9be436424a7d2051e81d12f49dc28b1cfb402bb695aba00f76]]

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | Monday, February 5, 2024 12:40 PM |
| To: | CMECF@ctd.uscourts.gov |
| Subject: | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont USM Service Papers Sent - Prisoner |

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 2/5/2024 at 12:39 PM EST and filed on 2/5/2024
**Case Name:**        Armour v. Lamont
**Case Number:**    3:23-cv-01606-MPS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**USM 285 forms together with Summons, Complaint, Order granting IFP reviewed and sent to USM for service on defendant Ned Lamont. Marshals Return of Service on Summons due by 2/25/2024. (Peterson, M)**


**3:23-cv-01606-MPS Notice has been electronically mailed to:**

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd
P.O. Box 5500
Newtown, CT 06470

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Monday, February 5, 2024 12:20 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Order |

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 2/5/2024 at 12:20 PM EST and filed on 2/5/2024
**Case Name:**     Armour v. Lamont
**Case Number:**   3:23-cv-01606-MPS
**Filer:**
**Document Number:** 11

**Docket Text:**
**Standing Order re: Initial Discovery Disclosures**
**Signed by Senior District Judge Stefan R. Underhill on 2/5/2024. (Peterson, M)**

3:23-cv-01606-MPS Notice has been electronically mailed to:

3:23-cv-01606-MPS Notice has been delivered by other means to:

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd
P.O. Box 5500
Newtown, CT 06470

The following document(s) are associated with this transaction:

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Thursday, February 15, 2024 9:15 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Motion for Reconsideration |

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 2/15/2024 at 9:15 AM EST and filed on 2/14/2024
**Case Name:**      Armour v. Lamont
**Case Number:**   3:23-cv-01606-MPS
**Filer:**          Shaquan L Armour
**Document Number:** 13

**Docket Text:**
**MOTION for Reconsideration by Shaquan L Armour. (Peterson, M)**


**3:23-cv-01606-MPS Notice has been electronically mailed to:**

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd
P.O. Box 5500
Newtown, CT 06470

The following document(s) are associated with this transaction:

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | Monday, February 26, 2024 11:21 AM |
| To: | CMECF@ctd.uscourts.gov |
| Subject: | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont |

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Connecticut

### Notice of Electronic Filing

The following transaction was entered by Rowley, Edward on 2/26/2024 at 11:20 AM EST and filed on 2/26/2024

**Case Name:** Armour v. Lamont
**Case Number:** 3:23-cv-01606-MPS
**Filer:** Ned Lamont
**Document Number:** 16

**Docket Text:**
**NOTICE of Appearance by Edward David Rowley on behalf of Ned Lamont *in his official capacity only* (Rowley, Edward)**

**3:23-cv-01606-MPS Notice has been electronically mailed to:**

David C. Yale    David.Yale@ct.gov, dcyale@yahoo.com, Melissa.L.Miller@ct.gov

Edward David Rowley    edward.rowley@ct.gov, jenny.vidaurre@ct.gov, maryfrances.goldman@ct.gov

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | Monday, February 26, 2024 11:16 AM |
| To: | CMECF@ctd.uscourts.gov |
| Subject: | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont |

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered by Yale, David on 2/26/2024 at 11:16 AM EST and filed on 2/26/2024

**Case Name:**   Armour v. Lamont
**Case Number:**   3:23-cv-01606-MPS
**Filer:**   Ned Lamont
**Document Number:** 15

**Docket Text:**
**NOTICE of Appearance by David C. Yale on behalf of Ned Lamont** *in his official capacity only* **(Yale, David)**

**3:23-cv-01606-MPS Notice has been electronically mailed to:**

David C. Yale    David.Yale@ct.gov, dcyale@yahoo.com, Melissa.L.Miller@ct.gov

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd
P.O. Box 5500
Newtown, CT 06470

64

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Thursday, February 22, 2024 3:11 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Summons Returned Executed |

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 2/22/2024 at 3:11 PM EST and filed on 2/20/2024
**Case Name:**    Armour v. Lamont
**Case Number:**   3:23-cv-01606-MPS
**Filer:**
**Document Number:** 14

**Docket Text:**
**SUMMONS Returned Executed Ned Lamont served on 2/14/2024, answer due 3/6/2024. (Peterson, M)**


**3:23-cv-01606-MPS Notice has been electronically mailed to:**

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd
P.O. Box 5500
Newtown, CT 06470

The following document(s) are associated with this transaction:

70

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Monday, February 26, 2024 11:26 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Motion for Extension of Time |

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered by Rowley, Edward on 2/26/2024 at 11:25 AM EST and filed on 2/26/2024

| | |
|---|---|
| **Case Name:** | Armour v. Lamont |
| **Case Number:** | 3:23-cv-01606-MPS |
| **Filer:** | Ned Lamont |
| **Document Number:** | 18 |

**Docket Text:**
**MOTION for Extension of Time for Governor Lamont to Respond to Complaint by Ned Lamont. (Rowley, Edward)**

**3:23-cv-01606-MPS Notice has been electronically mailed to:**

David C. Yale    David.Yale@ct.gov, dcyale@yahoo.com, Melissa.L.Miller@ct.gov

Edward David Rowley    edward.rowley@ct.gov, jenny.vidaurre@ct.gov, maryfrances.goldman@ct.gov

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048
GARNER CORRECTIONAL INSTITUTION

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | Wednesday, March 20, 2024 12:02 PM |
| To: | CMECF@ctd.uscourts.gov |
| Subject: | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Order on Motion for Extension of Time |

A713

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 3/20/2024 at 12:02 PM EDT and filed on 3/20/2024
**Case Name:**     Armour v. Lamont
**Case Number:**   3:23-cv-01606-MPS
**Filer:**
**Document Number:** 21(No document attached)

**Docket Text:**
**ORDER granting Motion [18] for Extension of Time to respond to the complaint.**

**Signed by Judge Michael P. Shea on 3/20/24. (Constantine, A.)**

**3:23-cv-01606-MPS Notice has been electronically mailed to:**

David C. Yale     David.Yale@ct.gov, Melissa.L.Miller@ct.gov, dcyale@yahoo.com

Edward David Rowley     edward.rowley@ct.gov, jenny.vidaurre@ct.gov, maryfrances.goldman@ct.gov

**3:23-cv-01606-MPS Notice has been delivered by other means to:**

Shaquan L Armour
#379048

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Wednesday, March 20, 2024 11:59 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-01606-MPS Armour v. Lamont Order on Motion for Reconsideration |

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 3/20/2024 at 11:58 AM EDT and filed on 3/20/2024
**Case Name:**  Armour v. Lamont
**Case Number:**  3:23-cv-01606-MPS
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**ORDER denying [13] Motion for Reconsideration: "The standard for granting [a motion for reconsideration] is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked - matters, in other words, that might reasonably be expected to alter the conclusion reached by the court."** *Shrader v. CSX Transp., Inc.*, **70 F.3d 255, 257 (2d Cir. 1995) (citations omitted). Here, Plaintiff disagrees with the Court's ruling but has not asserted any grounds to satisfy this standard for reconsideration of the Court's dismissal order.**

**Signed by Judge Michael P. Shea on 3/20/24. (Constantine, A.)**


3:23-cv-01606-MPS Notice has been electronically mailed to:

David C. Yale    David.Yale@ct.gov, Melissa.L.Miller@ct.gov, dcyale@yahoo.com