UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAQUAN L. ARMOUR : CIVIL NO. 3:23-CV-01606 (MPS)

V. :

GOVERNOR LAMONT : MAY 02, 2024

MOTION FOR EXTENSION OF TIME FOR SHAQUAN L. ARMOUR TO FILE RESPONSE TO MOTION TO DISMISS

The Plaintiff respectfully request that the deadline for the Plaintiff to file a response to the Defendant motion to Dismiss be extended to sixty (60) days after the Efiling on April 30, 2024. Here are the folling reason's as detailed below:

1. As of to date the Plaintiff still hasnt received any hard copys of the motion to dismiss or the memorandum of law in support.

2. The Plaintiff cant responsed to the Motion to Dismiss without reading it.

SCANNED at and Emailed 5/3/24 by RA 2 pages

1 of 2

3. The Plaintiff Need's a time of extension because he do not have access to a Law Library and federal Law Books. And it would take the Plaintiff longer to come up with a response to the motion to Dismiss.

WHEREFORE, Shaquan L. Armour submits that there is good cause, as set forth above to extend the deadline for the Plaintiff to file a response to the defendant motion to Dismiss by (60) day's.

Respectfully submitted,

By: S/ _____
Shaquan L. Armour
#379048
Garner correctional Institution
50 Nunnawauk Road
Newtown, CT 06470