SCANNED at and Emailed 6/3/24 by ef  3 pages

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Shaquan L. Armour : CIVIL NO. 3:23-CV-01606 (MPS)

V.  :

GOVERNOR LAMONT : June 3, 2024

## Motion for discovery request on Defendant.

The Plaintiff, A Pro-se inmate in this case. Respectfully ask that this court can make sure, The plaintiff can get the following discovery needed from the Defendant as follow:

**Names** of all Inmate whom was 12-21 years of age and under and have litigated this 952 bill already.

**Copies** of the legislative history from the Senate, house and the Judicial committee pertaining to bill 952.

Copy of the Scientific Data used or given to the legislative. That the legislators relied on to pass bill 952.

1 of 2

Name of the DR. whom did the research for the brain science that was used iN bill 952.

Therefore, The Plaintiff ask the District Court to order or allow The Plaintiff to receive the above request for Discovery from the Defendant. So The prose prisoner can prove his Equal Protection Clause Claim. The Plaintiff would like to remind the court that the prose prisoner is in a prison that do not have no law library and a lack of resources. The plaintiff respectfully ask the court to get the pro-se prisoner a copy of Rules 30-37 of the Federal rules of civil procedure. And NoT, can The District court tell the Plaintiff who should he write too or look, to get the needed copies for the above Discovery questions.

Respectfully submitted,

By. S_____

Shaguan L. Armour
#379048
Garner correctional institution
50 Nunnawauk Road
Newtown, CT 06470

2 of 2