UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAQUAN L. ARMOUR | : | CIVIL NO. 3:23-CV-01606 (MPS) |
| V. | : | |
| GOVERNOR LAMONT | : | JUNE 18, 2024 |

**MOTION TO DISMISS AMENDED COMPLAINT, ECF No. 31**

      Governor Lamont hereby moves to dismiss the Plaintiff's amended complaint. Following initial review, the Court allowed the Plaintiff's original complaint to proceed on a class-of-one Equal Protection claim seeking injunctive relief.  See ECF No. 10, p. 8. Following the Defendant filing a motion to dismiss, ECF No. 25, the Court issued an order allowing the Plaintiff to file an amended complaint pleading, "as many facts as possible, consistent with Rule 11, to address the alleged defects discussed in Defendant's memorandum of law."  ECF No. 28.

      The Plaintiff has filed an amended complaint, ECF No. 31, which goes beyond the Court's order.  He apparently seeks to bring due process and cruel and unusual punishment claims.  ECF 31, ¶ 1.  These claims were dismissed in initial review, and the Plaintiff has not been successful in having that ruling reconsidered and they are not proper amendments.  Alternatively, those clams should be dismissed based on the legal reasoning in the initial review order.  See ECF No. 10, pp. 3-8.

      As to any additional facts introduced by the Plaintiff in his amended complaint concerning a class-of-one equal protection claim, they do not correct any of the deficiencies highlighted by the original motion to dismiss, ECF No. 25, and the arguments contained in the memorandum in support of that motion, ECF No. 25-1, are incorporated herein by reference.

**WHEREFORE,** because Plaintiff's claims are premature, unripe, and barred by the Eleventh Amendment, and because Plaintiff's allegations fail to state a class-of-one equal protection claim, Governor Lamont respectfully moves this Court to dismiss this action in its entirety.

        DEFENDANT,
        GOVERNOR LAMONT

        WILLIAM TONG
        ATTORNEY GENERAL

BY:      /s/
        David C. Yale (#ct26912)
        Edward D. Rowley (#ct30701)
        Assistant Attorneys General
        165 Capitol Avenue
        Hartford, CT 06106
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        E-Mail: Edward.Rowley@ct.gov
              David.Yale@ct.gov

**CERTIFICATION**

I hereby certify that on the date first above, a copy of the foregoing was filed electronically. Notice of this filing was sent via U.S. Mail, First Class to the address below and will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Shaquan L. Armour #379048
Garner Correctional Institution
50 Nunnawauk Road
PO Box 5500
Newtown, CT 06470

>/s/
David C. Yale (#ct26912)
Assistant Attorney General