SCANNED at and Emailed 6/24/24 by ex . 1 pages

UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Shaquan L. Armour : CIVIL NO. 3:23-CV-01606 (MPS)

V. :

GOVERNOR LAMONT : June 24, 2024

### Objection To the Defendant motion to Dismiss AMENDED Complaint

The plaintiff have a right to Amended his complaint consistent with rule 11. The plaintiff object to the Defendant motion to Dismiss amended complaint dated on June 18, 2024. WHEREFORE, The plaintiff ask the court respectfully to Dismiss the Defendant motion to Dismiss Amended complaint and to allow the plaintiff to proceed with his Amended Complaint.

Respectfully submitted

By. _____
Shaquan L. Armour
#379048
Garner correctional institution
50 Nunnawauk Road
Newtown, CT 06470

1 of 1