Osborn C.I.
# of pages
Date 7/24/24  Initials

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAQUAN L. ARMOUR  : CIVIL NO. 3:23-CV-01606(MPS)

V.

GOVERNOR LAMONT  :  July 22, 2024

### Notice of Change of Address.

Shaquan L. Armour hereby notify the court that the plaintiff is no longer staying or living at Garner correctional inst.
50 Nunawauk Road, Newtown, CT 06470
The plaintiff, Shaquan L. Armour currently living at OSBORN correctional inst.
100 Bilton Road, Somers, CT 06071

WHEREFORE, The Plaintiff, Shaquan L. Armour Send Notice of change of Address to the the court.

PLAINTIFF,
Shaquan L. Armour

BY: _____

100 Bilton Road
Somers, CT 06071