## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHAQUAN L. ARMOUR

v.                                                                                          3:23CV1606 (MPS)

NED LAMONT
*GOVERNOR*

## JUDGMENT

This matter came on before the Honorable Michael P. Shea, United States District Judge, as a result of defendants' Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion and on September 18, 2024 entered an Order granting defendants' Motion, dismissing plaintiff's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant, and against the plaintiff, in accordance with the court's Order, and the case is closed.

Dated at Hartford, Connecticut, this 23rd day of September 2024.

                                            Dinah Milton Kinney, Clerk

                                            By    /s/ Christina Sichanh
                                                      Deputy Clerk

EOD: 9/23/2024